**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jesus Antonio VIRREY–CAMEZ,
Defendant–Appellant.**

No. 14–10025.

United States Court of Appeals,
Ninth Circuit.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-

Submitted Oct. 14, 2014.*

Filed Oct. 20, 2014.

Craig Howard Russell, USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Jose H. Robles, Jose H. Robles, Attorney, Tucson, AZ, for Defendant–Appellant.

Before: LEAVY, GOULD, and BERZON, Circuit Judges.

## MEMORANDUM **

Jesus Antonio Virrey–Camez appeals from the 48–month sentence imposed on resentencing following his guilty-plea conviction for possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(b)(1)(A). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Virrey–Camez contends that the district court imposed a substantively unreasonable sentence because it gave too much weight to the facts underlying the dismissed importation count. The district court did not abuse its discretion in imposing Virrey–Camez's sentence. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). A court may consider dismissed counts at sentencing. *See* U.S.S.G. § 1B1.4; *United States v. Barragan–Espinoza,* 350 F.3d 978, 983 (9th Cir.2003). In light of the totality of the circumstances and the 18 U.S.C.

§ 3553(a) sentencing factors, the below-Guidelines sentence is substantively reasonable. *See Gall,* 552 U.S. at 51, 128 S.Ct. 586.

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

